STATE of Missouri, Respondent,

v.

Homer PHARES, Appellant.

No. ED 103500

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: November 15, 2016

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

John K. Tucci, St. Louis, MO, for Appellant.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., Lisa Van Amburg, J.

## ORDER

PER CURIAM

Homer Phares appeals from the judgment entered upon a jury verdict finding him guilty of one count of first-degree statutory rape, Section 566.032 RSMo.; two counts of first-degree statutory sodomy, Section 566.062 RSMo.; and one count of first-degree child molestation, Section 566.067 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information

only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).